AO91 (Rev. 12/03)   Criminal Complaint                                                                                     AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
vs.

**CRIMINAL COMPLAINT**

Case Number: 7:19-po-09214

Cesar Augusto TEJAX-Monroy
IAE
Guatemala 1996

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 04, 2019** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Cesar Augusto TEJAX-Monroy was encountered by Border Patrol Agents near Hidalgo, Texas on October 04, 2019. When questioned as to his citizenship, defendant stated that he was a citizen and national of Guatemala, who had entered the United States illegally on October 04, 2019 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Bergollo, Ernie  Border Patrol Agent
Signature of Complainant

Bergollo, Ernie   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 06, 2019                                            at        McAllen, Texas
Date                                                                              City/State

Juan F Alanis          Magistrate Judge
Name of Judge         Title of Judge                                Signature of Judge